FILED

2023 MAR -2 AM 11:32

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
TV

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | PLAINTIFF | CASE NUMBER: 2:23-MJ-00982-Duty |
|---|---|---|
| v. Sandu Dumitrescu ~~Cresent Pejusere~~ | | REPORT COMMENCING CRIMINAL ACTION |
| USMS# | DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 03-01-2023 @ 0841   ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC 1029(A)(2) AND 18 USC 1029(A)(3)

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1974

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: ~~202 809~~

9. Name of Pretrial Services Officer notified: DUTY

10. Remarks (if any): None

11. Name: Jarred Medenwald (please print)

12. Office Phone Number: 202 809 738_   13. Agency: USSS

14. Signature: [signature]   15. Date: 3-2-23

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION